**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00011-CV

### IN THE INTEREST OF S.Y., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1206-X-305**

## ORDER

We **GRANT** appellant Mother's motion for extension of time to file brief and **ORDER**

the brief tendered to the Clerk of the Court on April 3, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE